IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| **BRANDON SMITH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:20-CV-2381 |
| | ) |
| **ARUT ORIENTAL RUGS, INC.,** | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 21st day of July, 2020.

/s/ Luke Sanderson
J. Luke Sanderson #35712
*Attorney for Plaintiff*
Wampler, Carroll, Wilson & Sanderson, P.C.
44 N 2nd Street, Ste 502
Memphis, TN 38103
(901) 523-1844

/s/ Nick Tansey
Nick Tansey
*Attorney for Defendent*
The Tansey Law Firm
4711 Poplar Ave.
Memphis, TN 38117
(901) 410-0013