# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **BRANDON SMITH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.: 2:20-cv-2381-SHM |
| | ) |
| **ARUT ORIENTAL RUGS, INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' July 21, 2020 stipulation of dismissal with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation of dismissal with prejudice (D.E. 10), this action is DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED**, this 22nd day of July, 2020.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE