UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
BRANDON SMITH,                     )
                                   )
     Plaintiff,                    )
                                   )
v.                                 )    No.: 2:20-cv-2381-SHM
                                   )
ARUT ORIENTAL RUGS, INC.,          )
                                   )
     Defendant.
```

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. 11), docketed July 22, 2020.

# APPROVED:

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

_July 22, 2020_                              THOMAS M. GOULD
DATE                                         CLERK

                                              _s/ Jairo Mendez_
                                             (By) DEPUTY CLERK